# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dembin, Mitchell D. | District Court - San Diego | 5/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

333 W. Broadway
Room 1180
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Governors | Association of Bustiness Trial Lawyers - San Diego Chapter |
| 2. | Sole Member | Silver Lining Music, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 5/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed attorney |
| 2. 2020 | Rancho Coastal Humane Society - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 5/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dembin, Mitchell D.** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   NML Mutual Fund - ▩ ira (H) | | | | | | | | | |
| 2.   - Bond Fund of America | A | Dividend | J | T | | | | | |
| 3.   - Capital World Growth Fund | A | Dividend | J | T | | | | | |
| 4.   - Growth Fund of America | A | Dividend | K | T | | | | | |
| 5.   - Income Fund of America - Class A | B | Dividend | K | T | | | | | |
| 6.   NML Mutual Fund - ▩ - ira (H) | | | | | | | | | |
| 7.   - Money Market Fund - Class B | A | Dividend | J | T | | | | | |
| 8.   - American Century Short Duration Inflation Prot. Fund | A | Dividend | K | T | | | | | |
| 9.   - Baron Asset Fund | A | Dividend | K | T | | | | | |
| 10.   - Deutsche Enhanced Commodity Strategy | A | Dividend | J | T | Sold (part) | 09/01/20 | J | A | |
| 11.   - Dodge & Cox Income Fund | B | Dividend | L | T | | | | | |
| 12.   - Euro Pacific Growth Fund | A | Dividend | L | T | | | | | |
| 13.   - Fidelity Advisor New Insights Fund | A | Dividend | K | T | Sold (part) | 09/01/20 | K | D | |
| 14.   - Goldman Sachs Absolute Return Tracker | A | Dividend | J | T | Buy | 09/02/20 | K | | |
| 15.   - Hartford World Bond Fund Class I | A | Dividend | J | T | Sold (part) | 09/01/20 | J | A | |
| 16.   - iShares Gold TR | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 17.   - iShares Gold TR MSCI | A | Dividend | J | T | Buy | 09/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - iShares Gold TR ESG | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 19.   - John Hancock Disciplined Fund | A | Dividend | K | T | Sold<br>(part) | 04/13/20 | J | A | |
| 20.   - New World Fund Class F2 | A | Dividend | K | T | | | | | |
| 21.   -Northern Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 22.   - Oakmark International Fund | A | Dividend | K | T | | | | | |
| 23.   - Pimco Income Fund Class P | A | Dividend | K | T | Sold<br>(part) | 03/24/20 | J | A | |
| 24. | | | | | Sold<br>(part) | 09/01/20 | J | A | |
| 25.   - Principal Global | A | Dividend | J | T | Sold<br>(part) | 03/24/20 | J | A | |
| 26.   - Principal Real Estate Securities Fund | A | Dividend | K | T | | | | | |
| 27.   - MFS Value Fund - Class I | A | Dividend | K | T | Sold<br>(part) | 09/01/20 | K | D | |
| 28.   - TIAA_CREF Bond Fund Advisor | A | Dividend | K | T | Sold<br>(part) | 03/24/20 | J | A | |
| 29. | | | | | Sold<br>(part) | 09/24/20 | J | A | |
| 30.   -Vanguard Short-Term Inv. Grade A | A | Dividend | J | T | Sold<br>(part) | 03/24/20 | J | A | |
| 31. | | | | | Sold | 04/13/20 | J | A | |
| 32.   - Western Asset Core Bond Fund | A | Dividend | J | T | Buy | 09/01/20 | K | | |
| 33.   Cabrillo Federal Credit Union | A | Dividend | K | T | | | | | |
| 34.   ▓▓▓▓▓▓▓ Living Trust (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dembin, Mitchell D.** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Chase Bank Account | A | Interest | | | Closed | 12/16/20 | J | A | |
| 36. Wells Fargo Bank - Silver Lining | A | Dividend | J | T | | | | | |
| 37. NML Whole Life - ▮ | C | Dividend | L | T | | | | | |
| 38. NML Variable Life - ▮ (H) | | | | | | | | | |
| 39. - International Equity Fund | A | Dividend | J | T | | | | | |
| 40. - Index 500 Stock Fund | A | Dividend | L | T | | | | | |
| 41. - Midcap Growth Fund | A | Dividend | J | T | | | | | |
| 42. - Growth Stock Fund | A | Dividend | K | T | | | | | |
| 43. - Large Cap. Core Fund | A | Dividend | K | T | | | | | |
| 44. NML Variable Life - ▮ (H) | | | | | | | | | |
| 45. - International Equity Fund | A | Dividend | J | T | | | | | |
| 46. - Index 500 Stock Fund | A | Dividend | K | T | | | | | |
| 47. - Midcap Growth Fund | A | Dividend | J | T | | | | | |
| 48. - Growth Stock Fund | A | Dividend | J | T | | | | | |
| 49. - Large Cap. Core Fund | A | Dividend | J | T | | | | | |
| 50. NML SEP ▮ (H) | | | | | | | | | |
| 51. - Bond Fund of America A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dembin, Mitchell D.** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Capital World Growth A | A | Dividend | J | T | | | | | |
| 53.   - Growth Fund of America A | A | Dividend | J | T | | | | | |
| 54.   - Income Fund of America A | A | Dividend | K | T | | | | | |
| 55.   Luminore Private Stock (X) | A | Dividend | J | U | | | | | |
| 56.   NML Brokerage -  ▇  (H) | | | | | | | | | |
| 57.   -Money Market Fund Class B | A | Dividend | J | T | | | | | |
| 58.   - American Century Intermediate A | A | Dividend | J | T | Sold<br>(part) | 03/17/20 | J | A | |
| 59. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 60. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 61.   - Baron Asset Fund | A | Dividend | J | T | Sold<br>(part) | 09/08/20 | J | A | |
| 62.   -Dodge & Cox Int'l Fund | A | Dividend | J | T | Sold<br>(part) | 09/08/20 | J | A | |
| 63.   - Euro Pacific Growth Fund | A | Dividend | J | T | Sold<br>(part) | 09/08/20 | J | A | |
| 64.   - Fidelity Advisory Intermediate Muni | A | Dividend | K | T | Sold<br>(part) | 03/17/20 | J | A | |
| 65. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 66.   - Fidelity Advisor Ltd. Term | A | Dividend | J | T | Sold<br>(part) | 03/17/20 | J | A | |
| 67. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 68.   -Fidelity Advisor New Insights Fund | A | Dividend | J | T | Sold<br>(part) | 08/31/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 09/08/20 | J | A | |
| 70. -Franklin Federal Inter Term Tax-free | A | Dividend | | | Sold | 08/31/20 | J | A | |
| 71. - Goldman Sachs ETF | A | Dividend | | T | Buy | 09/01/20 | J | | |
| 72. | | | | | Sold | 09/08/20 | J | A | |
| 73. - John Hancock Disciplined Value | A | Dividend | J | T | Sold (part) | 04/13/20 | J | A | |
| 74. | | | | | Sold (part) | 09/08/20 | J | A | |
| 75. -MFS Value Fund | A | Dividend | J | T | Sold (part) | 04/13/20 | J | A | |
| 76. | | | | | Sold (part) | 08/31/20 | J | B | |
| 77. | | | | | Sold (part) | 09/08/20 | J | A | |
| 78. -New World Fund Class F2 | A | Dividend | J | T | Sold (part) | 09/08/20 | J | A | |
| 79. -Northern Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 09/08/20 | J | A | |
| 80. - Principal Real Estate Securities Fund | A | Dividend | J | T | Sold (part) | 09/08/20 | J | A | |
| 81. -Silver Pepper Fund | A | Dividend | J | T | Sold (part) | 04/13/20 | J | A | |
| 82. | | | | | Sold (part) | 08/31/20 | J | A | |
| 83. | | | | | Sold (part) | 09/08/20 | J | A | |
| 84. -T Rowe Price Tax-free High Yield | A | Dividend | J | T | Sold (part) | 03/17/20 | J | A | |
| 85. | | | | | Sold (part) | 04/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dembin, Mitchell D.** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 87.   - The Tax Exempt Bond Fund | A | Dividend | J | T | Buy | 09/01/20 | K | | |
| 88. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 89.   NML Variable Annuity - ▮ (H) | | | | | | | | | |
| 90.   - Fidelity VIP Midcap | A | Dividend | J | T | | | | | |
| 91.   - Franklin Templeton Int'l Equity | A | Dividend | J | T | | | | | |
| 92.   - Index 500 Stock | A | Dividend | K | T | | | | | |
| 93.   - Wells Capital Mgmt Select Bond | A | Dividend | K | T | | | | | |
| 94.   Attorney Appearance LLC (Y) | | | | | | | | | |
| 95.   T Rove Price IRA ▮ (H) | | | | | | | | | |
| 96.   - Spectrum Moderate | A | Dividend | J | T | | | | | |
| 97.   - Spectrum Moderate Growth | B | Dividend | J | T | | | | | |
| 98.   - Retirement 2030 | A | Dividend | J | T | | | | | |
| 99.   - Spectrum Conservative | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mitchell D. Dembin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544